# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 12-cv-3157-RM-MJW

FRESHPACK PRODUCE, INC.,

    Plaintiff,

v.

VM WELLINGTON LLC,
d/b/a BELLA'S MARKET WELLINGTON,
VM OPERATIONS LLC,
VILLAGE MARKETS HOLDING LTD., LLC,
SAVOY INCOME FUND I LP,
SAMUEL J. MANCINI,
RONALD S. ALLEN, and
ALAN CARMAN

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    THE COURT, having reviewed the Stipulation for Dismissal with Prejudice (ECF No. 67), and being otherwise fully informed in this matter, hereby GRANTS the Stipulation; and

    ORDERS that the Plaintiff's claims against all Defendants are dismissed with prejudice. Furthermore, the parties are to pay their own attorneys' fees and costs.

    Dated this 26th day of March, 2014.

                                             BY THE COURT:

                                             _____
                                             RAYMOND P. MOORE
                                             United States District Judge